# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

JACKSON NATIONAL LIFE INSRUANCE COMPANY
Plaintiff

v.

MOLLY HAYS, KIMBERLY SPIER, HENRY HAYS, and PRESLEY WHIDDEN
Defendant

3:23-cv-00601-SDD-EWD
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Civil Rule 7.1, MOLLY HAYS provides the following information:

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

*Please separate names with a comma and do not add address information. Only text visible within box will print.*

MOLLY HAYS,
INTERPLEADER LAW, LLC,
BRITTANY N. ROOT,
MICHAEL J. HOOVER,
JACKSON NATIONAL LIFE INSURANCE COMPANY,
JACKSON FINANCIAL INC.,
PHELPS DUNBAR LLP,
JAMES H. GILBERT,
KIMBERLY SPIER,
HENRY HAYS,
PRESLEY WHIDDEN.

Brittany N. Root (LSBA No. 38584)
Attorney Name and Bar Number

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Notices => Certificate of Interested Persons.